**Tiffany WILLIAMS, a minor by her next friend, Priscilla S. Williams, Plaintiffs–Appellants,**

v.

**Stacy REED, Mary Jenkins, Awaldi Elliot, Montaque Jackson, Marion Jackson, et al., Defendants–Appellees,**

**Mary Ann Jackson, James Jackson, Defendants.**

No. 05–15417
Non–Argument Calendar.
D.C. Docket No. 04–00838–CV–JEC1.

United States Court of Appeals, Eleventh Circuit.

Jan. 27, 2006.

Adam P. Princenthal, Atlanta, GA, for Appellant.

George Weaver, Hollberg & Weaver, LLP, Annarita McGovern Busbee, Seacrest, Karesh, Tate & Bicknese, LLP, Atlanta, GA, for Appellees.

Before TJOFLAT, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

In an order entered on August 30, 2005, the district court granted summary judgment in favor of appellees Marion Jackson and John Hammonds and dismissed Appellant's claim against Montaque Jackson because Appellant had abandoned her claim against him. Appellant now challenges those rulings.

The district court's August 30 order constitutes a proper application of the controlling law to the material facts in this case. We therefore affirm the court's judgment.

AFFIRMED.